UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                              04-cr-801 (PKC)

        -against-                                                 ORDER

SHELDON FULLER,

                          Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The government is directed to respond to the defendant's application for relief under 18 U.S.C. § 3582(c) by January 8, 2021.  The defendant may reply by January 15, 2021.

        SO ORDERED.

                                                                      P. Kevin Castel
                                                           United States District Judge

Dated: New York, New York
       December 18, 2020