UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                   04-cr-801-8 (PKC)

          -against-                                                     <u>ORDER</u>

SHELDON FULLER,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The government is directed to respond to defendant's motion for a sentence reduction no later than January 10, 2025.  Defendant may reply no later than January 31, 2025.

        SO ORDERED.

                                                P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
          October 4, 2024


COPY MAILED TO: Sheldon Fuller, Reg. No. 10317-208, USP Tucson, U.S. Penitentiary, P.O. Box 24550, Tucson, AZ  85734